UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TDY INDUSTRIES, INC.; RYAN AERONAUTICAL COMPANY; TELEDYNE RYAN COMPANY; TELEDYNE RYAN AERONAUTICAL COMPANY; TELEDYNE INDUSTRIES, INC.; ALLEGHENY TELEDYNE, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br><br>And related actions. | Civil No.　03cv1146-B (POR)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND EXPERT DISCOVERY BY ONE WEEK** |

　　　The Court's prior Order dated August 20, 2006 set a discovery deadline of January 12, 2007. The Court's Order dated December 22, 2006 extended the discovery deadline to January 19, 2007 for the purposes of taking the depositions of Theodore Hromadka ("Hromadka"), Glenn Johnson and John Lambie.

　　　On January 9, 2007, counsel for all parties filed a joint motion to extend discovery in this case for one additional week for the purposes of rescheduling the depositions of three experts: Sam Williams ("Williams"), Mark Stelljes ("Stelljes") and Hromadka. The joint motion of the parties is HEREBY GRANTED and the depositions of Williams, Stelljes and Hromadka can be taken on or

///

before January 26, 2007.

    IT IS SO ORDERED.

DATED: January 10, 2007

_Louisa Porter_

LOUISA S PORTER

United States Magistrate Judge

cc: The Honorable Rudi M. Brewster

    All parties