KEVIN T. HAROFF (State Bar No. 123126)
MATTHEW G. ADAMS (State Bar No.229021)
**SONNENSCHEIN NATH & ROSENTHAL LLP**
525 Market Street, 26th Floor
San Francisco, CA 94105-4212
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

DOUGLAS M. BUTZ (State Bar No. 060722)
JOCELYN D. HANNAH (State Bar No. 224666)
**BUTZ DUNN DESANTIS & BINGHAM**
A PROFESSIONAL CORPORATION
101 West Broadway, Suite 1700
San Diego, CA 92101-8289
Telephone: (619) 233-4777
Facsimile: (619) 231-0341

Attorneys for Plaintiff and Counter Claim Defendant
SAN DIEGO UNIFIED PORT DISTRICT

FILED
2007 MAR 27 AM 8:26
CLERK US D...
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT,<br><br>Plaintiff,<br><br>vs.<br><br>TDY INDUSTRIES, INC.; RYAN AERONAUTICAL COMPANY; TELEDYNE RYAN COMPANY; TELEDYNE RYAN AERONAUTICAL COMPANY; TELEDYNE INDUSTRIES, INC.; ALLEGHENY TELEDYNE, INC.; ALLEGHENY TECHNOLOGIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No. 03 CV 1146-B (POR)<br><br>STIPULATION AND ORDER TO VACATE ALL PRETRIAL DEADLINES PENDING HEARING ON MOTION FOR JUDICIAL APPROVAL OF SETTLEMENT |

Case No. 03 CV 1146-B

STIPULATION AND ORDER
TO VACATE ALL PRETRIAL DEADLINES

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that all pretrial deadlines in the above-referenced matter and related actions be vacated pending resolution of the parties' Motion for Judicial Approval of Settlement, Retention of Jurisdiction, and Judicial Determination of Good Faith, set for hearing on Tuesday, April 17, 2007 at 10:30 a.m.

DATED: March 23, 2007

KEVIN T. HAROFF
MATTHEW G. ADAMS
SONNENSCHEIN NATH & ROSENTHAL LLP

_____
Kevin T. Haroff
Attorneys for Plaintiff
SAN DIEGO UNIFIED PORT DISTRICT

DATED: March 23, 2007

WARD L. BENSHOOF
MICHAEL J. HARTLEY
KYLE A. OSTERGARD
WESTON, BENSHOOF, ROCHEFORT,
RUBALCAVA & MacCUISH LLP

_____
Ward L. Benshoof
Attorneys for Third-Party Defendant, Counterclaimant and Cross-Claimant SAN DIEGO COUNTY REGIONAL AIRPORT AUTHORITY

DATED: March 23, 2007

CHRISTOPHER BERKA
MARILEE J. ALLAN
SUSAN VASTANO VAUGHAN
BINGHAM MCCUTCHEN LLP

_____
Christopher Berka
Attorneys for Defendant, Counterclaimant and Third-Party Plaintiff TDY INDUSTRIES, INC. and Defendants RYAN AERONAUTICAL COMPANY; TELEDYNE RYAN COMPANY; TELEDYNE RYAN AERONAUTICAL COMPANY; TELEDYNE INDUSTRIES, INC.; ALLEGHENY TELEDYNE, INC.; ALLEGHENY TECHNOLOGIES, INCORPORATED erroneously sued as ALLEGHENY TECHNOLOGIES, INC.

- 1 -

Case No. 03 CV 1146-B

STIPULATION AND ORDER TO VACATE ALL PRETRIAL DEADLINES

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

DATED: March 23, 2007

J. DREW PAGE
BRAD OLIPHANT
**LATHAM & WATKINS LLP**

*/s/ Drew Page*
J. Drew Page
Attorneys for Third-Party Defendant
GENERAL DYNAMICS CORPORATION

### ORDER

Good cause being shown pursuant to the parties' stipulation, IT IS HEREBY ORDERED that all pretrial deadlines be vacated pending the hearing on the parties' Motion for Judicial Approval of Settlement, Retention of Jurisdiction, and Judicial Determination of Good Faith.

DATED: March 23, 2007

*/s/ Rudi M. Brewster*
Honorable Rudi M. Brewster
United States District Court Judge

-2-

Case No. 03 CV 1146-B

STIPULATION AND ORDER
TO VACATE ALL PRETRIAL DEADLINES