FILED

07 APR 17 AM 8:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED PORT DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TDY INDUSTRIES, INC.; RYAN AERONAUTICAL COMPANY; TELEDYNE RYAN COMPANY; TELEDYNE RYAN AERONAUTICAL COMPANY; TELEDYNE INDUSTRIES, INC.; ALLEGHENY TELEDYNE, INC.; ALLEGHENY TECHNOLOGIES, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS, THIRD-PARTY COMPLAINTS AND CROSS-CLAIMS. | No. 03 CV 1146-B (POR)<br><br>ORDER RE JOINT MOTION FOR DISMISSAL OF DEFENDANT TDY'S THIRD PARTY COMPLAINT AGAINST GENERAL DYNAMICS CORPORATION<br><br>Trial Date:　TBD<br>Judge:　　　Hon. Rudi M. Brewster |

　　　　Defendant, Counterclaimant, and Third Party Plaintiff TDY INDUSTRIES, INC. ("TDY"), and Third Party Defendant GENERAL DYNAMICS CORPORATION ("General Dynamics"), pursuant to Federal Rule of Civil Procedure 41(a) and (c), jointly moved this Court to dismiss TDY's Counterclaim and Third Party Complaint as against General Dynamics, with prejudice, with each side to bear its own costs. TDY and General Dynamics

Case No. 03 CV 1146-B (POR)

ORDER RE JOINT MOTION FOR DISMISSAL OF DEFENDANT TDY'S THIRD PARTY COMPLAINT
AGAINST GENERAL DYNAMICS CORPORATION

1  compromised and settled their claims against each other, as formalized in a signed
2  agreement dated March 26, 2007. Having considered the joint motion and
3  evidence, and finding good cause therefore,
4        THE COURT HEREBY GRANTS the joint motion for dismissal of
5  TDY's Counterclaim and Third Party Complaint as against General Dynamics,
6  with prejudice, with each party to bear its own costs and attorneys fees.
7        IT IS SO ORDERED.
8  DATED: April 16, 2007        /s/ Rudi M. Brewster
9        Honorable Rudi M. Brewster
      United States District Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28